UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 44762
     GWENDOLYN A GAVIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-6854
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/06/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/25/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 270.00 | .00 | 270.00 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| WFS FINANCIAL | SECURED | 6155.00 | 724.15 | 6155.00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| HANSEN SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2214.43 | .00 | 221.44 |
| EMERGENCY CARE PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| LELAND SCOTT AND ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL REESE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY C | UNSECURED | 281.00 | .00 | 28.10 |
| TELECOM USA | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| WFS FINANCIAL | UNSECURED | 4836.53 | .00 | 483.65 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | 615.44 | .00 | 615.44 |
| HOMECOMINGS FINANCIAL | COST OF COLLE | 350.00 | .00 | 350.00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| CITY OF CHICAGO WATER DE | UNSECURED | 139.05 | .00 | 13.91 |
| HOMECOMINGS FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 688.68 |
| DEBTOR REFUND | REFUND | | | 293.63 |

                 Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 04 B 44762 GWENDOLYN A GAVIN

```
TRUSTEE                              12,254.00


PRIORITY                                              210.00
SECURED                                             7,390.44
    INTEREST                                          724.15
UNSECURED                                             747.10
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                 688.68
DEBTOR REFUND                                         293.63
                           ---------------     ---------------
TOTALS                       12,254.00            12,254.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08          /s/ Tom Vaughn
                         _____

                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE